IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DAVID J. McKENNAN ) | |
| ) | |
| Plaintiff, ) | Case No. 97-1012-CIV-ORL-22C |
| ) | Judge: Conway |
| v. ) | |
| ) | |
| AIRTRAN AIRWAYS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RESPONSE TO NOTICE OF INTENTION TO DISCLOSE CERTAIN TERMS OF PLAINTIFF'S CONFIDENTIAL SETTLEMENT AGREEMENT WITH AIRTRAN AIRWAYS, INC. IN THE EVENT IT BECOMES NECESSARY TO ENFORCE ITS TERMS

Defendant AirTran Airways, Inc. herewith responds to the Notice of Intention to Disclose Certain Terms of Plaintiff's Confidential Settlement Agreement With AirTran Airways, Inc. in the Event It Becomes Necessary to Enforce Its Terms, and states it has no objection to entry of an order granting the relief requested.

Respectfully submitted,

HUNTON & WILLIAMS
Attorneys for AirTran Airways, Inc.
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
bdavidson@hunton.com

By: _____
 Barry Davidson, Esq.
 Florida Bar No. 107678

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via fax and U.S. mail, this 7th day of June, 2004, to: David J. McKennan, 12205 Paseo Way, Cooper City, FL 33026, Fax: 954-435-1124.

_____
FBN 232981